**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6625**

———————————

RICHARD A. CAROLINA,

                                        Plaintiff - Appellant,

        versus


SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; C.
J. CEPAK, Warden, Broad River Correctional
Institution; WILLIAM M. WHITE, Associate
Warden, Broad River Correctional Institution;
TIMOTHY RILEY, Captain, Broad River Correc-
tional Institution; PAULA WOODLIEF, School
Teacher, Broad River Correctional Institution;
LINDA ALLEN, Corporal, Broad River Correc-
tional Institution,

                                        Defendants - Appellees.


———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Joseph F. Anderson, Jr., District
Judge.  (CA-97-1312-6-17AK)

———————————

Submitted:  December 17, 1998        Decided:  January 5, 1999

———————————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Richard A. Carolina, Appellant Pro Se.  Holly Saleeby Atkins,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard A. Carolina appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint and declining to reconsider that order. See Fed. R. Civ. P. 59. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Moreover, the district court did not abuse its discretion in declining to reconsider its order. Accordingly, we affirm on the reasoning of the district court. See Carolina v. Department of Corrections, No. CA-97-1312-6-17AK (D.S.C. Feb. 10, 1998; Mar. 16, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2